This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**LORRAINE C. MARTINEZ,**

Plaintiff-Appellant,

**v.** No. 32,671

**BOARD OF COUNTY COMMISSIONERS, BERNALILLO COUNTY, NEW MEXICO; DARREN WHITE, individually and in his official capacity as Sheriff for Bernalillo County, New Mexico; JAMES HAMPSTEN, WILLIAM WEBB, and JOHN/JANE DOES 1 through 6,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY Valerie M. Huling, District Judge**

E. Justin Pennington
Albuquerque, NM

for Appellant

Robles, Rael & Anaya, P.C.
Douglas E. Gardner
Albuquerque, NM

for Appellees

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}     Plaintiff appealed the grant of Defendants' motions for summary judgment and the dismissal of all claims filed against them.  We proposed to affirm in a calendar notice.  Defendants filed a memorandum in support of the proposed affirmance; however, Plaintiff did not file a memorandum in opposition and the time for doing so has expired.  Therefore, for the reasons discussed in our calendar notice, we affirm the district court's judgment in this case.

{2}     **IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**CYNTHIA A. FRY, Judge**